UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

RAUL BOLIVAR DEL HIERRO,

        Plaintiff,

-vs-                                  Case No. 5:04-cv-17-Oc-10GRJ

RONALD SCHAEFER,

        Defendant.
_____

## **O R D E R**

The United States Magistrate Judge has issued a report (Doc. 38) recommending that this case be dismissed for lack of subject matter jurisdiction. The Plaintiff has not objected to the report and recommendation of the Magistrate Judge, and the time for objecting has elapsed.

In his report, the Magistrate Judge recommended that this case be dismissed because the Plaintiff has failed to allege any facts suggesting that the amount in controversy exceeds the sum of $75,000.

Accordingly, upon an independent examination of the file and upon due consideration, it is ordered that:

(1) the report and recommendation of the Magistrate Judge (Doc. 38) is adopted, confirmed and made a part hereof;

(2) this case is DISMISSED for lack of subject matter jurisdiction; and

(3) the Clerk is directed to enter judgment accordingly, terminate any pending motions, and close the file.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 16th day of January, 2007.

*[signature]*

UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record